IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERVIS COX, | § | |
| | § | |
| Defendant Below, | § | No. 495, 2019 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. S1207018102 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 3, 2020
Decided: January 13, 2020

## **O R D E R**

On December 16, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. On December 23, 2019, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. The appellant did not respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice